PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Kenneth Allen Norris**

**Docket No. 0:00CR00064-001(DSD)**

**Petition on Supervised Release**

COMES NOW **David J. Schwab**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kenneth Allen Norris** who was sentenced for Conspiracy to Launder Money, on January 18, 2001, by the Honorable David S. Doty, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Substance abuse testing
- Drug treatment
- Alcohol treatment
- Mental health treatment

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On December 14, 2004, Mr. Norris was arrested for Domestic Assault and Disorderly Conduct.

On July 5, 2005, Mr. Norris was arrested for Obstructing the Legal Process and Public Nuisance.

SPECIAL CONDITION #2: The defendant shall submit to substance abuse testing as approved and directed by the probation officer.

On July 7, 2005, Mr. Norris failed to report for a scheduled urinalysis test.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following:

The defendant shall perform 50 hours of community service, as approved by the probation officer.

The defendant shall participate for a period of 30 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

SCANNED
AUG 12 2005
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 11th day of August, 2005, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

David J. Schwab
Senior U.S. Probation Officer

Executed on August 8, 2005
Place St. Paul