Prob 49

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

United States v. Kenneth Allen Norris

Docket No. 0;00CR00064-1

## HEARING WAIVER

I, Kenneth Allen Norris, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate for a period of 30 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

The defendant will be required to make monthly payments unless an alternative payment plan is approved by the probation officer.

Signed: Ken Norris

Kenneth Allen Norris
Supervised Releasee

Dated: 8-1-05

Witness:

SCANNED
AUG 1 2 2005
U.S. DISTRICT COURT MPLS