PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
NOV 2 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Kenneth Allen Norris**

**Docket No. 0:00CR00064-001(DSD)**

**Petition on Supervised Release**

COMES NOW **Dennis E. Bresnahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kenneth Allen Norris** who was sentenced for Conspiracy to Launder Money, on January 18, 2001, by the Honorable David S. Doty, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Substance abuse testing
- Drug treatment
- Alcohol treatment
- Mental health treatment

August 11, 2006: Modification for 50 hours of community service and 30 days home confinement for a disorderly conduct offense.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not illegally possess a controlled substance.

On October 3, 2006, Mr. Norris provided a urine sample which tested positive for the presence of marijuana. Mr. Norris admitted that he has used said substance recently.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 2nd day of November, 2006, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Dennis E. Bresnahan by [signature]
U.S. Probation Officer

Executed on November 1, 2006
Place St. Paul

SCANNED
NOV 03 2006
U.S. DISTRICT COURT MPLS

— Summons issued