UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-64

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH ALLEN NORRIS,<br><br>Defendant. | ) | REASSIGNMENT OF<br>CRIMINAL CASE |

The following criminal case has been reassigned as follows:

<u>Criminal No.</u>

00-64

<u>Defendant Name</u>

Kenneth Allen Norris

<u>Remove AUSA</u>

Clifford B. Wardlaw

James E. Lackner

Paul A. Murphy

<u>Add AUSA</u>

Erica H. MacDonald

Dated: November 13, 2006

RACHEL K. PAULOSE
United States Attorney

s/James E. Lackner
BY: JAMES E. LACKNER
Assistant U.S. Attorney
James E. Lackner