**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Magistrate Judge Noel |
| Plaintiff, | ) | |
| | ) | Case No: CR 00-64 DSD |
| v. | ) | Date: 11/16/06 |
| | ) | Court Reporter: None |
| Kenneth Allen Norris, | ) | Tape Number: 25/3073-end |
| | ) | Time Commenced: 11:10 a.m. |
| Defendant. | ) | Time Concluded: 11:15 a.m. |
| | | Time in Court: 5 Minutes |

APPEARANCES:

Plaintiff: Erica MacDonald, Assistant U.S. Attorney
Defendant: Lyonel Norris,
√ FPD

Interpreter / Language: none/English

Date Charges Filed: 11/02/06 Offense: Violation of Supervised Release
√ Def. advised of the substance of the charge (R.5(d)(1)) √ Advised of Rights

on Violation of √ Supervised Release

√ **Bond set in the amount of $25,000 unsecured with conditions, see Order Setting Conditions of Release.**

Additional Information:
Final revocation hearing is Friday, December 8, 2006 at 10:45 a.m. before Judge Doty.

s/AR
Criminal Duty Clerk