(Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

2006 NOV -3 P 4:58

UNITED STATES OF AMERICA

## SUMMONS IN A CRIMINAL CASE

RECEIVED
US MARSHALS SERVICE
MPLS MN

v.

Case Number: CR 00-64 DSD

Kenneth Allen Norris

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

---

Place: **Courtroom 8E**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Magistrate Judge Franklin L. Noel**

On: **11/16/06 at 11:00 a.m.**

---

To answer a(n) Order of the Court.

Brief description of offense:

Violation of Supervised Release

Jacie Ellingson

Jackie Ellingson, Deputy Clerk

Dated: November 3, 2006

SCANNED
NOV 21 2006
U.S. DISTRICT COURT MPLS

# RETURN OF SERVICE

Service was made by me: [1] Dennis Bresnahan Date: 11/7/06

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: USPO – St Paul MN

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______________________

☐ Returned unexecuted: ______________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 11/7/06
Date

AL Garber
Name of United States Marshal

(X)
(by) ~~Deputy United States Marshal~~

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure