**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA, )
Plaintiff, )
v. )
)
Kenneth Allen Norris, )
Defendant. )
)
)
)

## COURT MINUTES - CRIMINAL

BEFORE: David S. Doty
U.S. District Judge

Case No: 00-64(1)(DSD/JMM)
Date: December 7, 2006
Court Reporter: Lorilee Fink
Time Commenced: 1:30 p.m.
Time Concluded: 2:00 p.m.
Time in Court: 30 Minutes

APPEARANCES:

Plaintiff: Thomas Hollenhorst, Assistant U.S. Attorney
Defendant: Lyonel Norris : FPD

PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations.

ORDERED:

: Defendant released on same terms and conditions of supervised release.
: Supervised Release continued until 11/23/2007.
: Defendant is to serve 60 days in a community corrections center commencing after 1/2/2007.
: Written order to be issued.

s/Connie L. Baker
Calendar Clerk