UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No 00-64(1)(DSD/JMM)

United States of America,

Plaintiff,

v.

Kenneth Allen Norris,

Defendant.

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

This matter came on for hearing on December 7, 2006, upon the petition on supervised release. The defendant appeared with his counsel and, after being advised of his rights, admitted the charged violation. Therefore, it is adjudged that defendant has violated the condition of his supervised release by illegally possessing a controlled substance. Accordingly, **IT IS HEREBY ORDERED** that defendant's supervised release is modified to include the following additional condition:

> The defendant shall reside for a period of 60 days in a community corrections center as directed by the probation officer, and shall observe the rules of that facility.

Defendant shall remain on supervised release to run until the original expiration date of November 23, 2007. In addition to the above modifications, the same terms and conditions originally

imposed on January 18, 2001, shall apply. The defendant shall surrender for service on or after January 2, 2007, as notified by the U.S. Probation Office.

Dated: December 8, 2006

s/David S. Doty
David S. Doty, Judge
United States District Court